IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN A. PALEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security;<br><br>　　　　　Defendant. | 4:13CV3157<br><br>ORDER ON DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF |

　　　The defendant, by an through her counsel, has filed Defendant's Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 20.   The defendant requests an extension of 30 days in which to respond to the plaintiff's brief and states that the plaintiff's counsel has been contacted and has expressed no objection to the extension.

　　　IT THEREFORE IS ORDERED that:

　　　1.  the Defendant's Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 20, is granted;

　　　2.  the defendant shall have on or before April 25, 2014, in which to file and serve her response to the plaintiff's brief;

　　　3.  within one week after the defendant's answer brief is filed, the plaintiff may file and serve a reply brief ; and

　　　4.  the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

　　　Dated March 26, 2014.

　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　_____
　　　　　　　　　　　Warren K. Urbom
　　　　　　　　　　　United States Senior District Judge