IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN A. PALEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　Defendant. | CASE NO.  4:13CV3157<br><br>JUDGMENT |

For the reasons stated in the accompanying Memorandum and Order:

IT IS ORDERED:

1. The Commissioner's decision is affirmed; and

2. The appeal is denied.

Dated this 1st day of July, 2014

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge